# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA-WANDA STOVALL, | Case No. EDCV 15-1830-GW (JPR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order reversing the decision of the Commissioner and remanding under sentence four of 42 U.S.C. § 405(g) for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: May 26, 2017

_____
GEORGE H. WU
U.S. DISTRICT JUDGE